UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JOSE JUAN HERNANDEZ | CIVIL ACTION NO. 18-CV-1272 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| R. MYERS | MAGISTRATE JUDGE KAY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation (Record Document 5) of the Magistrate Judge previously filed herein, a <u>de novo</u> determination of the issues, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition for writ of habeas corpus be **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Proceedings in the United States District Courts.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 26th day of October, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT